IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
IN BLUEFIELD

G.K., now H.B., a child under the age of
eighteen years, by her parents and next friends,
AARON   BOWMAN   and   KRYSTEN
BOWMAN,

      Plaintiffs,

v.

                                    Civil Action No. 1:25-CV-00693
                                    (Formerly Mercer County Circuit
                                    Court Civil Action No.: 25-C-282)

THE   MERCER   COUNTY   BOARD   OF
EDUCATION; ELIZABETH ANN LOONEY,
individually and in her capacity as Guidance
Counselor; CANDY FULP, individually and in
her capacity as School Nurse; KIMBERLY
REECE, individually and in her capacity as
Classroom   Aide;   CAROLYN   BLEVINS,
individually and in her capacity as Teacher;
and RENEE GREEN, individually and in her
capacity as Physical Therapist,

      Defendants.

## NOTICE OF REMOVAL OF PROCEEDING FROM STATE COURT

COMES NOW Defendants, Mercer County Board of Education; Elizabeth Ann Looney,

individually and in her capacity as Guidance Counselor; Candy Fulp, individually and in her

capacity as School Nurse; Kimberly Reece, individually and in her capacity as Classroom Aide;

Carolyn Blevins, individually and in her capacity as Teacher; and Renee Green, individually and in

her capacity as Physical Therapist,  by counsel, Chip E. Williams, Jared C. Underwood, and Thad A.

Bowyer of the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, and pursuant to 28 U.S.C.

§§ 1331, 1441 and 1446, files this "*Notice of Removal of Proceeding from State Court*" and hereby

gives notice of removal of this action from the Circuit Court of Mercer County, West Virginia, Civil

Action No.: 25-C-282, to the United States District Court for the Southern District of West Virginia, Bluefield Division, and in support hereby state as follows:

1.      This civil action was commenced by the Plaintiff against the Defendants, on October 30, 2025, by the filing of a *Complaint* in the Circuit Court of Mercer County, West Virginia, designated Civil Action No. 25-C-282. Defendants, Mercer County Board of Education; Elizabeth Ann Looney, individually and in her capacity as Guidance Counselor; Candy Fulp, individually and in her capacity as School Nurse; Kimberly Reece, individually and in her capacity as Classroom Aide; Carolyn Blevins, individually and in her capacity as Teacher; and Renee Green, individually and in her capacity as Physical Therapist, were served with the *Summons* and *Complaint* on November 1, 2025. The *Civil Case Information Statement*, *Complaint*, *Summons* are attached hereto as **Removal Notice Exhibit 1.** To date, completed *Returns of Service/Notice of Service of Process* have not been made part of the Court file.

2.      This *Notice of Removal* is being filed within thirty (30) days of the Defendants being served with the *Complaint* which is removable to the United States District Court for the Southern District of West Virginia.

3.      In accordance with 28 U.S.C. § 1331, "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States." 28 U.S.C. § 1331. Pursuant to 28 U.S.C. § 1441, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441.

4.      In the *Complaint*, the Plaintiff alleges the various Defendants conduct constituting battery, negligence, negligent/reckless supervision/training/retention, violation of 42 U.S.C. §1983,

2

violation of the *Americans with Disabilities Act* 42 U.S.C. §12131, et seq., and violation of Section 504 of the *Rehabilitation Act of 1973* (29 U.S.C. §794). *See* Complaint, ¶¶ 37-74.

5.    In accordance with 28 U.S.C. §1446(a), these Defendants state that the *Civil Case Information Statement*, *Complaint*, and filed *Summons* constitute all the process, pleadings and orders filed with the presently presiding Circuit Court of Mercer County, West Virginia. *See Exhibit 1*. A copy of the Docket Sheet for Civil Action No. 25-C-282 in the Circuit Court of Mercer County, West Virginia, is attached hereto as *Removal Notice Exhibit 2*.

6.    A true and correct copy of this "*Notice of Removal of Proceeding from State Court*" will be filed promptly with the Circuit Clerk of Mercer County, West Virginia, and written notice thereof given to counsel for Plaintiffs in accordance with 28 U.S.C. §1446(d).  The "*Notice to Plaintiffs and Circuit Court of Filing of Notice of Removal*" is attached hereto as *Removal Notice Exhibit 3*.

WHEREFORE, these Defendants pray that the service and the filing in this Court of this *Notice of Removal*, and also the service upon the Plaintiffs and the filing in the Circuit Court of Mercer County, West Virginia, a "*Notice to Plaintiff and Circuit Court of Filing of Notice of Removal*" (which includes an attached copy of this *Notice of Removal*) shall effect the removal of this action from the Circuit Court of Mercer County, West Virginia, to the United States District Court for the Southern District of West Virginia, Bluefield Division.

Dated:  November 24, 2025

/s/  Chip E. Williams
Chip E. Williams (WV STATE BAR NO. 8116)
Jared C. Underwood (WV STATE BAR NO. 12141)
Thad A. Bowyer (WV STATE BAR NO. 12719)
Pullin, Fowler, Flanagan, Brown & Poe PLLC
252 George Street
Beckley, WV 25801

3

Telephone:  (304) 254-9300
Facsimile:  (304) 255-5519
Email: cwilliams@pffwv.com
        junderwood@pffwv.com
        tbowyer@pffwv.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
IN BLUEFIELD**

**G.K., now H.B., a child under the age of eighteen years, by her parents and next friends, AARON BOWMAN and KRYSTEN BOWMAN,**

     **Plaintiffs,**

**v.**

**THE MERCER COUNTY BOARD OF EDUCATION; ELIZABETH ANN LOONEY, individually and in her capacity as Guidance Counselor; CANDY FULP, individually and in her capacity as School Nurse; KIMBERLY REECE, individually and in her capacity as Classroom Aide; CAROLYN BLEVINS, individually and in her capacity as Teacher; and RENEE GREEN, individually and in her capacity as Physical Therapist,**

     **Defendants.**

**Civil Action No.
(Formerly Mercer County Circuit Court Civil Action No.: 25-C-282)**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 24th day of November, 2025, the undersigned filed and served the foregoing "*Notice of Removal of Proceeding from State Court*" with the Court using the CM/ECF which will send notification of such filing to the following CM/ECF participants (copy also sent by U.S. mail):

Brandon L. Gray
Matthew A. Bradford
**Bradford & Gray, PLLC**
220 North Fayette St.
Beckley, WV 25801
*Counsel for Plaintiff*

*/s/ Chip E. Williams*

Chip E. Williams (WV STATE BAR NO. 8116)
Jared C. Underwood (WV STATE BAR NO. 12141)
Thad A. Bowyer (WV STATE BAR NO 12719)
***Pullin, Fowler, Flanagan, Brown & Poe PLLC***
252 George Street
Beckley, WV 25801
Telephone:  (304) 254-9300
Facsimile:  (304) 255-5519
Email: cwilliams@pffwv.com
        junderwood@pffwv.com
        tbowyer@pffwv.com

6