# EXHIBIT 1

**COVER SHEET**

E-FILED | 10/30/2025 11:44 AM
CC-28-2025-C-282
Mercer County Circuit Clerk
Julie Ball

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF MERCER COUNTY WEST VIRGINIA

**G.K., now H.B. a child under the age of eighteen (18) years, AARON BOWMAN, Next of Friend v. Department of Education and the Arts**

| | | |
|---|---|---|
| **First Plaintiff:** | ☐ Business ☐ Government ☐ Individual ☑ Other | **First Defendant:** ☐ Business ☑ Government ☐ Individual ☐ Other |

**Judge:**    Ryan Flanigan

## COMPLAINT INFORMATION

**Case Type:**  Civil                    **Complaint Type:**  Other

**Origin:**    ☑ Initial Filing    ☐ Appeal from Municipal Court    ☐ Appeal from Magistrate Court

**Jury Trial Requested:**    ☐ Yes  ☑ No    **Case will be ready for trial by:** _____

**Mediation Requested:**    ☐ Yes  ☑ No

**Substantial Hardship Requested:** ☐ Yes  ☑ No

☐ Do you or any of your clients or witnesses in this case require special accommodations due to a disability?

    ☐ Wheelchair accessible hearing room and other facilities

    ☐ Interpreter or other auxiliary aid for the hearing impaired

    ☐ Reader or other auxiliary aid for the visually impaired

    ☐ Spokesperson or other auxiliary aid for the speech impaired

    ☐ Other: _____

☐ I am proceeding without an attorney

☑ I have an attorney:    Brandon Gray, 220 N Fayette St , Beckley, WV 25801

# SERVED PARTIES

**Name:** Department of Education and the Arts
**Address:** 1900 Kanawha Blvd E Building 6 Suite 600, Charleston WV 25305
**Days to Answer:** 30          **Type of Service:** Filer - Private Process Server

**Name:** Department of Education and the Arts
**Address:** 1403 Honaker Ave, Princeton WV 24740
**Days to Answer:** 30          **Type of Service:** Filer - Private Process Server

**Name:** Elizabeth Ann Looney
**Address:** NA, NA WV 24740
**Days to Answer:** 30          **Type of Service:** Filer - Private Process Server

**Name:** Candy Fulp
**Address:** NA, NA WV 24740
**Days to Answer:** 30          **Type of Service:** Filer - Private Process Server

**Name:** Kimberly Reece
**Address:** NA, NA WV 24740
**Days to Answer:** 30          **Type of Service:** Filer - Private Process Server

**Name:** Carolyn Blevins
**Address:** NA, NA WV 24740
**Days to Answer:** 30          **Type of Service:** Filer - Private Process Server

**Name:** Renee Greene
**Address:** NA, NA WV 24740
**Days to Answer:** 30          **Type of Service:** Filer - Private Process Server

E-FILED | 10/30/2025 11:44 AM
CC-28-2025-C-282
Mercer County Circuit Clerk
Julie Ball

## IN THE CIRCUIT COURT OF MERCER COUNTY, WEST VIRGINIA

G.K., now H.B., a child under the age of eighteen (18) years,
by her parents and next friends,
AARON BOWMAN and KRYSTEN BOWMAN,

    Plaintiffs,

v.                          CIVIL ACTION NO.:   25-C-

THE MERCER COUNTY BOARD OF EDUCATION;
ELIZABETH ANN LOONEY, individually and in her official capacity as Guidance Counselor;
CANDY FULP, individually and in her official capacity as School Nurse;
KIMBERLY REECE, individually and in her official capacity as Classroom Aide;
CAROLYN BLEVINS, individually and in her official capacity as Teacher;
RENEE GREEN, individually and in her official capacity as Physical Therapist;

    Defendants.

## COMPLAINT

COMES NOW the Plaintiffs, G.K., (Now H.B.) a child under the age of eighteen (18) years, by her next parents and next friends, Aaron and Krysten Bowman, by Counsel, Brandon L. Gray and Bradford & Gray, PLLC, Attorneys ant Law, and for her Complaint against the Defendants states as follows:

1.    That the Plaintiff, G.K., (Now H.B.,) is a resident of Mercer County, West Virginia, and at all times relevant to the allegations of the Complaint was a resident of Mercer County, West Virginia.

2.    That the Plaintiff, G.K., (Now H.B.,) is a child under the age of eighteen (18) years of age who pursues this matter through her parents and next friends, Aaron Bowman and Krysten Bowman.

3.    That at all times relevant hereto, G.K., (Now H.B.,) was enrolled as student at Bluefield Primary School in Bluefield, West Virginia.

4.     That G.K (NOW H.B.) is a child with special needs, recognized as having a disability under the Individuals with Disabilities Education Act (IDEA) and/or Section 504 of the Rehabilitation Act.

5.     That Aaron and Krysten Bowman are residents of Mercer County, West Virginia and the natural parents and legal guardians of infant, G.K., (Now H.B.,) and at all times relevant to the allegations of the Complaint were residents of Mercer County, West Virginia.

6.     That the Defendant, Elizabeth Ann Looney, was, at all relevant times, a guidance counselor employed by the Mercer County Board of Education.

7.     That the Defendant, Candy Fulp, was, at all relevant times, a school nurse employed by the Mercer County Board of Education.

8.     That the Defendant, Kimberly Reece, was, at all relevant times, a classroom aide employed by the Mercer County Board of Education.

9.     That the Defendant, Carolyn Blevins, was, at all relevant times, a teacher employed by the Mercer County Board of Education.

10.    That the Defendant, Renee Green, was, at all relevant times, a physical therapist employed by the Board.

11.    That each of the individual Defendants acted under color of state law and within the scope of their employment and authority, and each is sued in both their individual and official capacities.

12.    That the Defendant, Mercer County Board of Education (hereinafter "Mercer County Board"), is a public body organized and existing under the laws of the State of West

Virginia and responsible for the operation of the public schools in Mercer County, including the elementary school, Bluefield Primary School, attended by G.B.

13.    That at all times pertinent to this action, the individual named Defendants and other agents were employed by the Defendant, Mercer County Board, and were acting within the scope of their employment with Defendant Mercer County Board.

14.    That all events relating hereto occurred in Mercer County, West Virginia.

15.    That both Plaintiffs and Defendants are residents and located in Mercer County, West Virginia.

16.    That jurisdiction and venue are proper in the Circuit Court of Mercer County, West Virginia because the acts and omissions complained of occurred in Mercer County, West Virginia.

17.    That Plaintiffs have complied with the pre-suit notice requirements of W. Va. Code 55-17-3 by serving written notice on the Defendant more than thirty (30) days prior to filing this Complaint.

## FACTS

18.    That at all times relevant hereto, the Defendant, Mercer County Board, was acting *in loco parentis* with respect to Plaintiff, G.K., (Now H.B.,)

19.    That at all times relevant hereto, the Plaintiff, G.K., (Now H.B.,) was enrolled as a student at Bluefield Primary School operated by the Mercer County Board of Education.

20.    That G.K., (Now H.B.,) has a history of profound intellectual and developmental disabilities due in part to a traumatic brain injury.

21.  That because of her disabilities, G.K., (Now H.B.,) was placed in special education classes designed to meet her individual educational needs.

22.  That on several occasions during the September 2023 and January 2024 school year, the individual Defendant teachers, staff and/or aides employed by the Defendant, Mercer County Board, physically moved and forcefully restrained G.K., (Now H.B.,) through the use of physical force with such individuals lacking the proper training to safely and properly restrain a special needs child.

23.  That during such time frame, the individual Defendants intentionally and unlawfully made harmful or offensive contact with G.K. (Now. H.B.) including but not limited to grabbing, striking, physically moving, or restraining without justification.

24.  That during such time frame, Defendant Carolyn Blevins further made derogatory statements to G.K., (Now H.B.)

25.  That the individual Defendants who used such force were not trained in the proper utilization of physical restraint or de-escalation techniques, in violation of state and federal standards.

26.  That G.K., (Now H.B.,) was dragged out of the classroom by Mercer County Board staff and suffered injures as a result of the force used against her.

27.  That the physical restraints utilized against G.K., (Now H.B.,) were unreasonable, excessive and unnecessary under the circumstances and caused physical pain and emotional distress to the child.

28.    That the instances of abuse and harassment were reported to the school administration and requests were made on multiple occasions for G.K., (Now H.B.,) crisis response team to be certified.

29.    That the Defendant, Mercer County Board, failed to take corrective measures to ensure a proper learning environment for G.K., (Now H.B.,) and meet G.K., (Now H.B.,) needs.

30.    That the Defendant, Mercer County Board, has breached its duty by failing to properly train and supervise its employees/agents.

31.    That the Defendant, Mercer County Board, knew or should have known of prior incidents involving the same employees and failed to properly train, supervise, or discipline them.

32.    That the Defendant, Mercer County Board, is liable for the actions of its employees.

33.    That the Defendant's actions and omissions demonstrate deliberate indifference to the safety, well-being, and constitutional and statutory rights of G.K., (Now H.B.)

34.    That Plaintiff G.K., (Now H.B.,)'s injuries and damages on the aforesaid date and in the aforesaid place was due to the negligent, willful, wanton, and reckless manner of the Defendants, acting without due regard for the rights of others as to be on notice and failing to exercise reasonable care in preventing harm to the Plaintiff and failing to ensure a proper learning environment for the Plaintiff.

35.    That as a direct and proximate result of the Defendants' negligent and wrongful acts, G.K., (Now H.B.,) suffered physical injuries, including abrasions, bruises and pain.

36.    That as a direct and proximate result of the Defendants' negligent and wrongful acts, G.K., (Now H.B.,) also suffered emotional and mental trauma, including fear, regression, and anxiety and suffered interference with a free proper public education.

### COUNT I - BATTERY (AGAINST INDIVIDUAL DEFENDANTS

37.    That the Plaintiffs incorporate by reference hereto the allegations of paragraphs 1 through 36 above as if more fully set forth herein at length.

38.    That the individual Defendants, Elizabeth Ann Looney, Candy Fulp, Kimberly Reece, Carolyn Blevins, and Renee Green, intentionally touched or made harmful contact with the minor child, G.K. (Now H.B.) without consent or legal justification.

39.    That said contact constituted batter under West Virginia law.

40.    That as a result, G.K. (Now H. B.) suffered physical injury and emotional distress, for which Plaintiff seeks compensatory damages.

### COUNT II - NEGLIGENCE AGAINST MERCER COUNTY BOARD

41.    That the Plaintiffs incorporate by reference hereto the allegations of paragraphs 1 through 40 above as if more fully set forth herein at length.

42.    That the Defendant, Mercer County Board, owed the Plaintiff a duty to provide the Plaintiff, G.K., (Now H.B.,) a free proper public education. This includes the right to be free from assault, discrimination, battery, and harassment from teachers..

43.    That the Defendant, Mercer County Board, further had a duty to properly train and supervise its employees and oversee personnel responsible for the care of special-needs students.

44.    That the Defendant, Mercer County Board, breached its duties to the Plaintiff by failing to see that the Plaintiff received a free proper public education that was free from assault and failing to properly train and supervise its employees/agents in ensuring G.K., (Now H.B.,) a safe educational environment.

45.    That the Defendant, Mercer County Board, is liable for the actions of its employees against the Plaintiff in this matter.

46.    That the Defendant, by and through its employees, agents, and representatives, negligently used excessive physical force on G.B. and failed to provide a safe education environment to G.K., (Now H.B.)

47.    That the Defendant also negligently failed to train, supervise, and oversee personnel responsible for the care of special-needs students.

48.    That as a direct and proximate result of the Defendant's negligent and wrongful acts, the Plaintiff, G.K., (Now H.B.,) suffered physical injuries, pain and suffering, and severe emotional distress.

49.    That as a direct and proximate result of the Defendant's negligent and wrongful acts, the Plaintiff, G.K., (Now H.B.,) further suffered interference with her public education.

## COUNT III - NEGLIGENT/RECKLESS SUPERVISION/ TRAINING/ RETENTION AGAINST DEFENDANT MERCER COUNTY BOARD

50.    That the Plaintiffs incorporate by reference hereto the allegations of paragraphs 1 through 49 above as if more fully set forth herein at length.

51.    That the Defendant, Mercer County Board, and its employees had a duty to provide proper supervision for their employees and teachers.

52.   That the Defendant, Mercer County Board, owed a duty to use due care in hiring, training, supervision, discipline and retention of its employees.

53.   That the Defendant, Mercer County Board, negligently hired, retained, trained, and/or supervised its employees, allowing unqualified and untrained personnel to handle and physically restrain students with disabilities causing G.K., (Now H.B.,) to suffer physical injuries and other damages.

54.   That the Defendant failed to ensure the Plaintiff a safe educational environment free from assault and excessive physical force upon her.

55.   That upon information and belief, the Defendant, Mercer County Board, knew or had reason to know of G.K., (Now H.B.,)'s assault and failed to take corrective measures to ensure a proper learning environment for Plaintiff G.K., (Now H.B.)

56.   That the Defendant, Mercer County Board, failed to properly supervise its employees and, as a result, the Defendant caused injuries and damages to Plaintiff G.K., (Now H.B.)

57.   That the Defendant Mercer County Board's breach of its supervisory duties and support responsibilities to the Plaintiff was the proximate cause of the injuries suffered by the Plaintiff as detailed above in the preceding paragraphs of this action, and the Plaintiff is entitled to recover such damages as more fully set forth herein.

58.   That as a direct and proximate result of Defendant Mercer County Board's negligent and wrongful acts in failing to properly train, supervise, discipline and/or retain its employees, the Plaintiff, G.K., (Now H.B.,) suffered physical injuries, including abrasions, bruises and pain, and suffered emotional and mental trauma, including

fear, regression, and anxiety and suffered interference with a free proper public education and other losses and has been otherwise greatly damaged and injured.

**COUNT IV  - VIOLATION OF 42 U.S.C. § 1983 (DEPRIVATION OF CONSTITUTIONAL RIGHTS)**

59.     That the Plaintiffs incorporate by reference hereto the allegations of paragraphs 1 through 58 above as if more fully set forth herein at length.

60.     That the conduct of Defendant Mercer County Board's employees, acting under color of state law, deprived G.K., (Now H.B.,) of her rights guaranteed by the Fourteenth Amendment to the United States Constitution, including the right to bodily integrity, substantive due process, and equal protection.

61.     That the Defendant, Mercer County Board, as a municipal entity, is liable under Monell v. Department of Social Services, 436 U.S. 658 (1978), for maintaining customs, practices, or policies that permitted, condoned, or failed to prevent the use of force and abuse of disabled students.

62.     That Defendant Mercer County Board's deliberate indifference to the rights and safety of G.K., (Now H.B.,) was the moving force behind her injuries and damages.

63.     That as a direct and proximate result of Defendant Mercer County Board's negligent and wrongful acts in failing to properly train, supervise, discipline and/or retain its employees, the Plaintiff, G.K., (Now H.B.,) suffered physical injuries, including abrasions, bruises and pain, and suffered emotional and mental trauma, including fear, regression, and anxiety and suffered interference with a free proper public education and other losses and has been otherwise greatly damaged and injured.

**COUNT V- VIOLATION OF THE AMERICANS WITH DISABILITIES ACT (42 U.S.C. § 12131 et seq.)**

64. That the Plaintiffs incorporate by reference hereto the allegations of paragraphs 1 through 63 above as if more fully set forth herein at length.

65. That G.K., (Now H.B.,) is a qualified individual with disabilities as defined under the Americans with Disabilities Act (ADA).

66. That the Defendant, Mercer County Board, is a public entity subject to the provisions of Title II of the ADA.

67. That the Defendants discriminated against G.K., (Now H.B.,) by subjecting her to unnecessary physical restraint and force because of her disability and by failing to provide reasonable accommodations and services to ensure her safety and participation in school programs.

68. That the Defendants' actions and omissions were intentional, willful and taken with deliberate indifference to G.K., (Now H.B.,)'s federally protected rights.

**COUNT VI- VIOLATION OF SECTION 504 OF THE REHABILITATION ACT OF 1973 (29 U.S.C. § 794)**

69. That the Plaintiffs incorporate by reference hereto the allegations of paragraphs 1 through 68 above as if more fully set forth herein at length.

70. That the Defendant receives federal financial assistance and is therefore subject to the requirements of Section 504.

71. That the Defendant excluded G.K., (Now H.B.,) from participation in, denied her the benefits of, and subjected her to discrimination under its educational programs and activities on the basis of her disability.

72.     That the Defendants' conduct and failure to act constituted a violation of Section 504 of the Rehabilitation Act of 1973 and caused G.K., (Now H.B.,) to suffer physical and emotional injuries and educational regression.

73.     That as a direct and proximate result of Defendants' wrongful conduct, G.K., (Now H.B.,) suffered:

A.      Bodily injuries;

B.      Abrasions, contusions, and pain;

C.      Emotional distress and mental anguish;

D.      Loss of educational opportunity;

E.      Diminished enjoyment of life; and

F.      Other damages to be shown and trial

74.     That Plaintiffs Aaron and Krysten Bowman as G.K., (Now H.B.,)'s parents and guardians have incurred medical and related expenses for the treatment of G.K., (Now H.B.,) and have suffered loss of companionship, services and emotional distress as parents.

**WHEREFORE**, due to the above described conduct, the Defendants have directly and proximately caused injury to the Plaintiffs and the Plaintiffs, Aaron and Krysten Bowman as parents and next friend of G.K., (Now H.B.,) respectfully request that this Honorable Court enter judgment in their favor and against Defendant, Mercer County Board, as follows:

A.      Compensatory damages for past, present and future medical expenses, and all other such loss of services in a fair and just amount to be determined by the jury at trial;

B.    General damages for past, present and future pain and suffering, mental anguish, permanent injury, inconvenience, embarrassment, humiliation, loss of the enjoyment of life, and emotional distress in a fair and just amount to be determined by the jury at trial.

C.    For all damages permitted under 42 U.S.C. § 1983, the ADA, and Section 504;

D.    Incidental and consequential damages as a result of the Defendant's negligence;

E.    Punitive damages in a fair and just amount to be determined by the jury at trial;

F.    Policy Limits for any applicable insurance policy purchased by the Defendant.

G.    Pre-judgement and post-judgement interest;

H.    For reasonable attorney's fees and costs pursuant to 42 U.S.C. § 1988 and other applicable provisions.

I.    Any other further general or specific relief with the Court or the jury deems just and proper.  **PLAINTIFFS DEMAND A TRIAL BY JURY.**

<div style="margin-left:40%">

**G.K., (Now H.B.,) a child under the agree of eighteen (18) years, by her parents and next friends, AARON AND KRYSTEN BOWMAN**
By Counsel

</div>

BRADFORD & GRAY, PLLC
**Attorneys at Law**
Matthew A. Bradford (WV State Bar I.D. No.: 11323)
Brandon L. Gray (WV State Bar I.D. No.: 13071)
220 N. Fayette Street
Beckley, WV 25801
Phone: (304) 255-5628
Fax: (304) 255-7071

# SUMMONS

E-FILED | 10/30/2025 11:44 AM
CC-28-2025-C-282
Mercer County Circuit Clerk
Julie Ball

IN THE CIRCUIT COURT OF MERCER COUNTY, WEST VIRGINIA

**G.K., now H.B. a child under the age of eighteen (18) years, AARON BOWMAN, Next of Friend v. Department of Education and the Arts**

Service Type:     Filer - Private Process Server

NOTICE TO:   Department of Education and the Arts, 1900 Kanawha Blvd E Building 6 Suite 600, Charleston, WV 25305
THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Brandon Gray, 220 N Fayette St, , Beckley, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 10/30/2025 11:44:40 AM | /s/ Julie Ball |
| --- | --- |
| Date | Clerk |

RETURN ON SERVICE:

☐   Return receipt of certified mail received in this office on _____

☐   I certify that I personally delivered a copy of the Summons and Complaint t_____

☐   I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to
_____, someone who is eighteen (18) years of age or above and resides there.

☐   I certify that I personally delivered a copy of the Summons and Complaint to _____, an agent or attorney-
in-fact authorized by appointment or statute to receive service of process for the individual.

     I have reviewed documentation authorizing the above-named person to accept service on
     behalf of the individual named on the summons.

☐   I have not reviewed documentation authorizing the above-named person to accept service
     on behalf of the individual named on the summons.

☐  Not Found in Bailiwick

| _____ | _____ |
| --- | --- |
| Date | Server's Signature |

# SUMMONS

**Case Number:**

CC-28-2025-C-282

IN THE CIRCUIT COURT OF MERCER COUNTY, WEST VIRGINIA

**G.K., now H.B. a child under the age of eighteen (18) years, AARON BOWMAN, Next of Friend v. Department of Education and the Arts**

Service Type:    Filer - Private Process Server

NOTICE TO:    Department of Education and the Arts, 1900 Kanawha Blvd E Building 6 Suite 600, Charleston, WV 25305

Brandon Gray, 220 N Fayette St, , Beckley, WV 25801

SERVICE:

10/30/2025 11:44:40 AM                     /s/ Julie Ball
_____         _____
            Date                                        Clerk

RETURN ON SERVICE:

☐  Return receipt of certified mail received in this office on _____

☐  I certify that I personally delivered a copy of the Summons and Complaint t _____

_____

☐  I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to
_____, someone who is eighteen (18) years of age or above and resides there.

☐  I certify that I personally delivered a copy of the Summons and Complaint to _____, an agent or attorney-
in-fact authorized by appointment or statute to receive service of process for the individual.

   ☐  I have reviewed documentation authorizing the above-named person to accept service on
      behalf of the individual named on the summons.

   ☐  I have not reviewed documentation authorizing the above-named person to accept service
      on behalf of the individual named on the summons.

☐  Not Found in Bailiwick

_____    _____
         Date                                   Server's Signature

**CC-28-2025-C-282**

**G.K., now H.B. a child under the age of eighteen (18) years, AARON BOWMAN, Next of Friend v.
Department of Education and the Arts**    **SERVICE RETURN**

# SUMMONS

E-FILED | 10/30/2025 11:44 AM
CC-28-2025-C-282
Mercer County Circuit Clerk
Julie Ball

IN THE CIRCUIT COURT OF MERCER COUNTY, WEST VIRGINIA

**G.K., now H.B. a child under the age of eighteen (18) years, AARON BOWMAN, Next of Friend v. Department of Education and the Arts**

Service Type:     Filer - Private Process Server

NOTICE TO:   Department of Education and the Arts, 1403 Honaker Ave, Princeton, WV 24740

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Brandon Gray, 220 N Fayette St, , Beckley, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 10/30/2025 11:44:40 AM | /s/ Julie Ball |
| Date | Clerk |

RETURN ON SERVICE:

☐  Return receipt of certified mail received in this office on _____

☐  I certify that I personally delivered a copy of the Summons and Complaint t _____

☐  I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to _____ , someone who is eighteen (18) years of age or above and resides there.

☐  I certify that I personally delivered a copy of the Summons and Complaint to _____ , an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐  I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐  I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| _____ | _____ |
| Date | Server's Signature |

# SUMMONS

**Case Number:**

CC-28-2025-C-282

IN THE CIRCUIT COURT OF MERCER COUNTY, WEST VIRGINIA

**G.K., now H.B. a child under the age of eighteen (18) years, AARON BOWMAN, Next of Friend v. Department of Education and the Arts**

Service Type:    Filer - Private Process Server

NOTICE TO:    Department of Education and the Arts, 1403 Honaker Ave, Princeton, WV 24740

Brandon Gray, 220 N Fayette St, , Beckley, WV 25801

SERVICE:

| 10/30/2025 11:44:40 AM | /s/ Julie Ball |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint t _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to _____ , someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ , an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

   ☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

   ☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| _____ | _____ |
|---|---|
| Date | Server's Signature |

**CC-28-2025-C-282**

**G.K., now H.B. a child under the age of eighteen (18) years, AARON BOWMAN, Next of Friend v. Department of Education and the Arts**    **SERVICE RETURN**

# SUMMONS

E-FILED | 10/30/2025 11:44 AM
CC-28-2025-C-282
Mercer County Circuit Clerk
Julie Ball

IN THE CIRCUIT COURT OF MERCER COUNTY, WEST VIRGINIA

**G.K., now H.B. a child under the age of eighteen (18) years, AARON BOWMAN, Next of Friend v. Department of Education and the Arts**

Service Type:    Filer - Private Process Server

NOTICE TO:    Elizabeth Ann Looney, NA, NA, WV 24740

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Brandon Gray, 220 N Fayette St, , Beckley, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 10/30/2025 11:44:40 AM | /s/ Julie Ball |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐   Return receipt of certified mail received in this office on _____

☐   I certify that I personally delivered a copy of the Summons and Complaint t _____

_____

☐   I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to
_____ , someone who is eighteen (18) years of age or above and resides there.

☐   I certify that I personally delivered a copy of the Summons and Complaint to _____ , an agent or attorney-

in-fact authorized by appointment or statute to receive service of process for the individual.

☐   I have reviewed documentation authorizing the above-named person to accept service on
behalf of the individual named on the summons.

☐   I have not reviewed documentation authorizing the above-named person to accept service
on behalf of the individual named on the summons.

☐   Not Found in Bailiwick

| _____ | _____ |
|---|---|
| Date | Server's Signature |

# SUMMONS

**Case Number:**

CC-28-2025-C-282

### IN THE CIRCUIT COURT OF MERCER COUNTY, WEST VIRGINIA
### G.K., now H.B. a child under the age of eighteen (18) years, AARON BOWMAN, Next of Friend v. Department of Education and the Arts

Service Type:    Filer - Private Process Server

NOTICE TO:    Elizabeth Ann Looney, NA, NA, WV 24740

Brandon Gray, 220 N Fayette St, , Beckley, WV 25801

SERVICE:

10/30/2025 11:44:40 AM _____        /s/ Julie Ball _____

 Date                                                    Clerk

RETURN ON SERVICE:

☐  Return receipt of certified mail received in this office on  _____

☐  I certify that I personally delivered a copy of the Summons and Complaint t _____

☐  I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to
_____ , someone who is eighteen (18) years of age or above and resides there.

☐  I certify that I personally delivered a copy of the Summons and Complaint to _____ , an agent or attorney-
in-fact authorized by appointment or statute to receive service of process for the individual.

    I have reviewed documentation authorizing the above-named person to accept service on
    behalf of the individual named on the summons.

☐  I have not reviewed documentation authorizing the above-named person to accept service
    on behalf of the individual named on the summons.

☐  Not Found in Bailiwick

_____        _____

 Date                        Server's Signature

**CC-28-2025-C-282**
**G.K., now H.B. a child under the age of eighteen (18) years, AARON BOWMAN, Next of Friend v.**
**Department of Education and the Arts          SERVICE RETURN**

# SUMMONS

E-FILED | 10/30/2025 11:44 AM
CC-28-2025-C-282
Mercer County Circuit Clerk
Julie Ball

## IN THE CIRCUIT COURT OF MERCER COUNTY, WEST VIRGINIA

### G.K., now H.B. a child under the age of eighteen (18) years, AARON BOWMAN, Next of Friend v. Department of Education and the Arts

Service Type:    Filer - Private Process Server

NOTICE TO:   Candy Fulp, NA, NA, WV 24740
THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Brandon Gray, 220 N Fayette St, , Beckley, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 10/30/2025 11:44:40 AM | /s/ Julie Ball |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint t _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to
_____ , someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ , an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

   ☐ I have reviewed documentation authorizing the above-named person to accept service on
   behalf of the individual named on the summons.

   ☐ I have not reviewed documentation authorizing the above-named person to accept service
   on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| _____ | _____ |
|---|---|
| Date | Server's Signature |

## SUMMONS

**Case Number:**

CC-28-2025-C-282

---

IN THE CIRCUIT COURT OF MERCER COUNTY, WEST VIRGINIA

**G.K., now H.B. a child under the age of eighteen (18) years, AARON BOWMAN, Next of Friend v. Department of Education and the Arts**

Service Type:    Filer - Private Process Server

NOTICE TO:    Candy Fulp, NA, NA, WV 24740

Brandon Gray, 220 N Fayette St, , Beckley, WV 25801

SERVICE:

| 10/30/2025 11:44:40 AM | /s/ Julie Ball |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐  Return receipt of certified mail received in this office on _____

☐  I certify that I personally delivered a copy of the Summons and Complaint t _____

☐  I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to _____ , someone who is eighteen (18) years of age or above and resides there.

☐  I certify that I personally delivered a copy of the Summons and Complaint to _____ , an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

  ☐  I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

  ☐  I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐  Not Found in Bailiwick

| _____ | _____ |
|---|---|
| Date | Server's Signature |

**CC-28-2025-C-282**

**G.K., now H.B. a child under the age of eighteen (18) years, AARON BOWMAN, Next of Friend v. Department of Education and the Arts**    **SERVICE RETURN**

# SUMMONS

E-FILED | 10/30/2025 11:44 AM
CC-28-2025-C-282
Mercer County Circuit Clerk
Julie Ball

## IN THE CIRCUIT COURT OF MERCER COUNTY, WEST VIRGINIA

### G.K., now H.B. a child under the age of eighteen (18) years, AARON BOWMAN, Next of Friend v. Department of Education and the Arts

Service Type:    Filer - Private Process Server

NOTICE TO:   Kimberly Reece, NA, NA, WV 24740

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Brandon Gray, 220 N Fayette St, , Beckley, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 10/30/2025 11:44:40 AM | /s/ Julie Ball |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint t _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to
_____ , someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ , an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| _____ | _____ |
|---|---|
| Date | Server's Signature |

# SUMMONS

**Case Number:**

CC-28-2025-C-282

IN THE CIRCUIT COURT OF MERCER COUNTY, WEST VIRGINIA

**G.K., now H.B. a child under the age of eighteen (18) years, AARON BOWMAN, Next of Friend v. Department of Education and the Arts**

Service Type:    Filer - Private Process Server

NOTICE TO:    Kimberly Reece, NA, NA, WV 24740

Brandon Gray, 220 N Fayette St, , Beckley, WV 25801

SERVICE:

10/30/2025 11:44:40 AM                    /s/ Julie Ball

_____Date_____          _____Clerk_____

RETURN ON SERVICE:

☐  Return receipt of certified mail received in this office on _____

☐  I certify that I personally delivered a copy of the Summons and Complaint t _____

☐  I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to
_____ , someone who is eighteen (18) years of age or above and resides there.

☐  I certify that I personally delivered a copy of the Summons and Complaint to _____ , an agent or attorney-
in-fact authorized by appointment or statute to receive service of process for the individual.

  ☐  I have reviewed documentation authorizing the above-named person to accept service on
  behalf of the individual named on the summons.

  ☐  I have not reviewed documentation authorizing the above-named person to accept service
  on behalf of the individual named on the summons.

☐  Not Found in Bailiwick

_____Date_____          _____Server's Signature_____

**CC-28-2025-C-282**

**G.K., now H.B. a child under the age of eighteen (18) years, AARON BOWMAN, Next of Friend v.
Department of Education and the Arts**    **SERVICE RETURN**

# SUMMONS

E-FILED | 10/30/2025 11:44 AM
CC-28-2025-C-282
Mercer County Circuit Clerk
Julie Ball

## IN THE CIRCUIT COURT OF MERCER COUNTY, WEST VIRGINIA

### G.K., now H.B. a child under the age of eighteen (18) years, AARON BOWMAN, Next of Friend v. Department of Education and the Arts

Service Type:    Filer - Private Process Server

NOTICE TO:    Carolyn Blevins, NA, NA, WV 24740

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Brandon Gray, 220 N Fayette St, , Beckley, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

10/30/2025 11:44:40 AM                    /s/ Julie Ball
_____          _____
          Date                                      Clerk

RETURN ON SERVICE:

☐  Return receipt of certified mail received in this office on  _____

☐  I certify that I personally delivered a copy of the Summons and Complaint t _____

☐  I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to
_____ , someone who is eighteen (18) years of age or above and resides there.

☐  I certify that I personally delivered a copy of the Summons and Complaint to  _____ , an agent or attorney-
in-fact authorized by appointment or statute to receive service of process for the individual.

   ☐  I have reviewed documentation authorizing the above-named person to accept service on
   behalf of the individual named on the summons.

   ☐  I have not reviewed documentation authorizing the above-named person to accept service
   on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

_____          _____
          Date                            Server's Signature

# SUMMONS

Case Number:

CC-28-2025-C-282

## IN THE CIRCUIT COURT OF MERCER COUNTY, WEST VIRGINIA

### G.K., now H.B. a child under the age of eighteen (18) years, AARON BOWMAN, Next of Friend v. Department of Education and the Arts

Service Type:   Filer - Private Process Server

NOTICE TO:   Carolyn Blevins, NA, NA, WV 24740

Brandon Gray, 220 N Fayette St, , Beckley, WV 25801

SERVICE:

10/30/2025 11:44:40 AM                    /s/ Julie Ball

Date                                               Clerk

RETURN ON SERVICE:

☐   Return receipt of certified mail received in this office on _____

☐   I certify that I personally delivered a copy of the Summons and Complaint t _____

☐   I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to _____, someone who is eighteen (18) years of age or above and resides there.

☐   I certify that I personally delivered a copy of the Summons and Complaint to _____, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐   I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐   I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

_____                    _____
Date                                               Server's Signature

### CC-28-2025-C-282

### G.K., now H.B. a child under the age of eighteen (18) years, AARON BOWMAN, Next of Friend v. Department of Education and the Arts

**SERVICE RETURN**

**SUMMONS**

E-FILED | 10/30/2025 11:44 AM
CC-28-2025-C-282
Mercer County Circuit Clerk
Julie Ball

IN THE CIRCUIT COURT OF MERCER COUNTY, WEST VIRGINIA

**G.K., now H.B. a child under the age of eighteen (18) years, AARON BOWMAN, Next of Friend v. Department of Education and the Arts**

Service Type:    Filer - Private Process Server

NOTICE TO:    Renee Greene, NA, NA, WV 24740

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Brandon Gray, 220 N Fayette St, , Beckley, WV 25801

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

10/30/2025 11:44:40 AM                    /s/ Julie Ball
_____          _____
            Date                                              Clerk

RETURN ON SERVICE:

☐  Return receipt of certified mail received in this office on  _____

☐  I certify that I personally delivered a copy of the Summons and Complaint t _____

☐  I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to
_____, someone who is eighteen (18) years of age or above and resides there.

☐  I certify that I personally delivered a copy of the Summons and Complaint to _____, an agent or attorney-
in-fact authorized by appointment or statute to receive service of process for the individual.

☐  I have reviewed documentation authorizing the above-named person to accept service on
behalf of the individual named on the summons.

☐  I have not reviewed documentation authorizing the above-named person to accept service
on behalf of the individual named on the summons.

☐  Not Found in Bailiwick

_____          _____
            Date                                    Server's Signature

# SUMMONS

**Case Number:**

CC-28-2025-C-282

IN THE CIRCUIT COURT OF MERCER COUNTY, WEST VIRGINIA

**G.K., now H.B. a child under the age of eighteen (18) years, AARON BOWMAN, Next of Friend v. Department of Education and the Arts**

Service Type:    Filer - Private Process Server

NOTICE TO:    Renee Greene, NA, NA, WV 24740

Brandon Gray, 220 N Fayette St, , Beckley, WV 25801

SERVICE:

10/30/2025 11:44:40 AM                    /s/ Julie Ball

Date                                                        Clerk

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint t _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to _____, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

_____        _____

Date                                            Server's Signature

**CC-28-2025-C-282**

**G.K., now H.B. a child under the age of eighteen (18) years, AARON BOWMAN, Next of Friend v. Department of Education and the Arts**

**SERVICE RETURN**