**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
IN BLUEFIELD**

**G.K., now H.B., a child under the age of eighteen years, by her parents and next friends, AARON BOWMAN and KRYSTEN BOWMAN,**

      **Plaintiffs,**

**v.**                                **Civil Action No.: 1:25-00693**

**THE MERCER COUNTY BOARD OF EDUCATION; ELIZABETH ANN LOONEY, individually and in her capacity as Guidance Counselor; CANDY FULP, individually and in her capacity as School Nurse; KIMBERLY REECE, individually and in her capacity as Classroom Aide; CAROLYN BLEVINS, individually and in her capacity as Teacher; and RENEE GREEN, individually and in her capacity as Physical Therapist,**

      **Defendants.**

**AGREED DISMISSAL ORDER**

On a prior date, came the Defendants Mercer County Board of Education; Elizabeth Ann Looney, individually and in her capacity as Guidance Counselor; Candy Fulp, individually and in her capacity as School Nurse; Kimberly Reece, individually and in her capacity as Classroom Aide; Carolyn Blevins, individually and in her capacity as Teacher; and Renee Green, individually and in her capacity as Physical Therapist; by Counsel Chip W. Williams, Jared C. Underwood, and Thad A. Bowyer, of Steptoe & Johnson, PLLC; and the Plaintiffs, G.K., now H.B., by her parents and next friends, Aaron Bowman and Krysten Bowman; by counsel Matthew A. Bradford and Brandon L. Gray, of Bradford & Gray, PLLC; and pursuant to Rule 41(a)(2) of the Federal

1

Rules of Civil Procedure and *L.R. Civ. P.* 7.1, the parties stipulated and jointly moved the Honorable Court to dismiss this action against individual Defendants, in their official and individual capacities, without prejudice.

It is hereby **ORDERED** that this civil action is dismissed, without prejudice, against the individual Defendants, Elizabeth Ann Looney, individually and in her capacity as Guidance Counselor; Candy Fulp, individually and in her capacity as School Nurse; Kimberly Reece, individually and in her capacity as Classroom Aide; Carolyn Blevins, individually and in her capacity as Teacher; and Renee Green, individually and in her capacity as Physical Therapist; with each party to bear their own costs and fees.

The Clerk of the Court is directed to send certified copies of this Order upon counsel of record.

ENTERED this _____1st_____ day of _____May_____, 2026.

_____
**The Honorable David A. Faber**

Prepared by:

***/s/ Chip E. Williams***_____
Chip E. Williams (WV STATE BAR NO. 8116)
Jared C. Underwood (WV STATE BAR NO. 12141)
Thad A. Bowyer (WV STATE BAR NO 12719)
***Steptoe & Johnson, PLLC***
P O Box 1588
Charleston, West Virginia 25326-1588
Phone: (304) 353-8000
Fax Number: (304) 250-3010
chip.williams@steptoe-johnson.com
jared.underwood@steptoe-johnson.com
thad.bowyer@sterptoe-johnson.com

2

*Counsel for Defendants*


Agreed to and jointly submitted by:


**/s/ Matthew A. Bradford with permission**
Matthew A. Bradford (WV STATE BAR NO 11323)
Brandon L. Gray (WV STATE BAR NO. 13071)
***Bradford & Gray, PLLC***
220 North Fayette St.
Beckley, WV 25801
Phone Number: (304) 255-5628
Fax Number: (304) 255-7071
matthew@bradfordandgray.com
brandon@bradfordandgray.com
*Counsel for Plaintiffs*

3